# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MITCHELL WHITE, | : |
| Plaintiff, | : |
| | : Case No. 2:09-cv-00574 |
| v. | : |
| | : JUDGE ALGENON L. MARBLEY |
| SMITH, DEAN & ASSOCIATES, INC. | : |
| Defendant. | : |

## OPINION & ORDER

### I. INTRODUCTION

This matter is before the Court on Plaintiff Mitchell White's ("White") Motion to Strike Defendant Smith, Dean & Associates, Inc.'s ("SDA") Answer. (Dkt. 6). White's basis for striking the answer is that corporations cannot appear in federal court *pro se*, and must be represented by counsel. For the reasons set forth below, the motion is **DENIED**; however, SDA shall file an Answer or Amended Answer signed by an attorney within **21 days**.

### II. BACKGROUND

White filed a compliant against SDA alleging a variety of violations under the Fair Debt Collection Practices Act. Ms. Lisa Smith ("Smith") answered the compliant on behalf of SDA. Smith did not provide an attorney registration number, and she does not appear to be licensed to practice law in Florida or Ohio. (Couns. Aff. ¶¶ 2-4). White moves this Court to strike the Answer because "Defendant is a corporation that cannot appear *pro se*, and it filed its answer through a non-attorney." (Dkt. 6 at 1).

## III. LAW & ANALYSIS

It is settled law that a corporation must appear in federal court through licensed counsel. "It has been the law for the better part of two centuries...that a corporation may appear in federal courts only through licensed counsel." *Rowland v. California Men's Colony, Unit 11 Men's Advisory Council*, 506 U.S. 194, 201-02 (1993); *see also Doherty v. American Motors Corp.*, 728 F.2d 334, 340 (6th Cir.1984) ("a corporation cannot appear in federal court except through an attorney"). SDA's Answer, is therefore improper if Smith is not licensed to practice law, and nothing in the record to suggests that Smith is a licensed attorney. The remaining question is whether striking the Answer is the proper remedy.

Federal Rule of Civil Procedure 11(a) requires "[e]very pleading...to be signed by at least one attorney of record...or, if the party is not represented by an attorney, shall be signed by the party ... An unsigned paper shall be stricken unless omission of the signature is corrected promptly after being called to the attention of the attorney or party." Fed. R. Civ. P. 11(a). A pleading by a corporation that is not signed by an attorney is treated as unsigned for Rule 11(a) purposes. *Janbakhsh v. X-Otic Coulours, Inc.*, No. 3:07-0510 2008 WL 1777421 at *1 (M.D. Tenn., April 15 2008) ("The Magistrate Judge correctly held...that the Answer...should be treated under Federal Rule of Civil 11(a) as unsigned by an attorney."); *see also Operating Eng'rs Local 139 Health Benefit Fund v. Rawson Plumbing, Inc.*, 130 F.Supp.2d 1022, 1024 (E.D. Wis. 2001) ("Rule 11(a) requires all pleadings...to be signed by an attorney of record for the party or (if the party is unrepresented) by the party. To be sure, the answer here is signed, but not by a person authorized to represent the corporation in federal court."). Here, SDA's Answer is not signed by an attorney, and for purposes of Rule 11(a), this Court will treat the Answer as unsigned.

Rule 11(a), allows the court to strike the unsigned paper unless the omission is "corrected promptly after being called to the attention of the attorney or party." Fed. R. Civ. P. 11(a). The record does not indicate that this matter has been called to SDA's attention. However, filing a motion to strike " brings the issue to the court's attention, and the court may then order the corporation to appear by counsel within a reasonable time." *Rawson*, 130 F. Supp. 2d at 1024. This Court, therefore, finds it appropriate to give SDA a reasonable time to file an Answer or Amended Answer *signed by an attorney*.

Accordingly, within **21 days** of this Order, by March 23, 2010, Defendant SDA shall file an Answer or Amended Answer signed by an attorney.

## V. CONCLUSION

For the foregoing reasons, this Court **DENIES** White's Motion to Strike Defendant's Answer, and orders SDA to file an answer of amended answer signed by an attorney within **21 days** of this Order.

**IT IS SO ORDERED.**

                                              s/Algenon L. Marbley
                                              **ALGENON L. MARBLEY**
                                              **UNITED STATES DISTRICT JUDGE**

**Dated: March 2, 2010**